```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0035--MI (RRB)
                      "TRUSTEES OF AK IRONWORKERS PEN EX REL ET AL"

                  Including terminated parties, excluding terminated counsel
```

    Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
           Filed: 09/09/04
          Closed: 09/16/04

      Jurisdiction:
    PLF Diversity:
    DEF Diversity:

  Nature of Suit: DENISE UTOAFILI DBA U STEEL

         Origin:
        Demand:
    Filing fee: Paid $39.00 on 09/09/04 receipt # 00123944
       Trial by:

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | TRUSTEES OF ALASKA IRONWORKERS PENSION AND TRAINING PROGRAM | Sarah E. Josephson<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844<br>FAX 907-563-7322 |
| PLF 2.1 | NORTHWEST IRONWORKERS ANNUITY FUND AND HEALTH AND SECURITY | Sarah E. Josephson<br>(see above) |
| PLF 3.1 | NATIONAL IRONWORKERS APPRENTICESHIP TRAINING TRUST FUNDS | Sarah E. Josephson<br>(see above) |
| DEF 1.1 | DENISE UTOAFILI | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A04-0035--MI (RRB)
              "TRUSTEES OF AK IRONWORKERS PEN EX REL ET AL"

                        For all filing dates
```

   Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 09/09/04
           Closed: 09/16/04

     Jurisdiction:
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: DENISE UTOAFILI DBA U STEEL

           Origin:
           Demand:
       Filing fee: Paid $39.00 on 09/09/04 receipt # 00123944
         Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/09/04 | PLF 1-3 motion (application) for entry of judgment on confession w/att aff & confession of judgment w/o action. |
| 2 - 1 | 09/13/04 | JWS Minute Order recusing himself; case is reassigned to Judge Beistline for all further proceedings; use case number A04-035 MI (RRB) on all future filings. cc: cnsl, Judge Beistline |
| 3 - 1 | 09/16/04 | RRB Judgment on confession. Judgment is entered in favor of plfs against def in the amount of $152,948.04 with interest. Def has paid $63,820.45 towards interest and principal leaving a balance as of 9/1/04 of $54,325.73 plus costs and atty fees. cc: cnsl, O&J 11744 (redistributed w/costs) Redistributed w/atty fees 10/27/04. |
| 4 - 1 | 09/27/04 | PLF 1-3 motion for attorneys fees w/att exhs. |
| 5 - 1 | 09/27/04 | PLF 1-3 Notice of cost bill hearing. |
| 6 - 1 | 09/27/04 | PLF 1-3 Bill of Costs. |
| 7 - 1 | 10/12/04 | Clerk's Notice of taxation of plf's cost bill. Total costs taxed for the plfs and against the def in the amt of # 39.00. cc: cnsl |
| 8 - 1 | 10/27/04 | RRB Order granting motion for attorneys fees in the amount of $18,385.50 (4-1). cc: cnsl |