Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

UNITED STATES OF AMERICA, for the use
and benefit of TRUSTEES OF ALASKA
IRONWORKERS PENSION AND TRAINING
PROGRAM TRUST FUNDS, THE
NORTHWEST IRONWORKERS ANNUITY
FUND AND HEALTH AND SECURITY
TRUST, AND NATIONAL IRONWORKERS
APPRENTICESHIP TRAINING TRUST
FUNDS,

                        Plaintiffs,                        **WRIT OF EXECUTION**

                vs.

DENISE UTOAFILI d/b/a U STEEL,

                        Defendant.                Case No. 3:04-MI-0035 (RRB)

TO THE UNITED STATE MARSHAL FOR THE DISTRICT OF ALASKA:

On September 16, 2004 a judgment was entered in the docket of the above-entitled court, in
favor of

        Trustees Of Alaska Ironworkers Pension and Training Program Trust Funds, The Northwest
Ironworkers Annuity Fund and Health and Security Trust, and National Ironworkers Apprenticeship
Training Trust Funds as Judgment Creditor and against Denise Utoafili d/b/a U Steel as Judgment
Debtor, for

        $54,325.73 principal,

        $18,385.50 attorney fees, and

        $39.00 costs, making a total amount of

$72,750.23 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$5,366.12 accrued interest, and

$-0- accrued costs, making a total of

$78,116.35 JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the amount of:

$40,452.16 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$37,664.19 ACTUALLY DUE ON January 13, 2006, to the Alaska Ironworkers Trust Funds the date of the request for issuance of this writ, of which

$37,644.19 is due on the judgment as entered, and bears an interest rate at 12 % per annum in the amount of

$5.87 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED January 12, 2006                    IDA Romack

[SEAL]                                    BY: _____
                                              Deputy Clerk