Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of TRUSTEES OF ALASKA IRONWORKERS PENSION AND TRAINING PROGRAM TRUST FUNDS, THE NORTHWEST IRONWORKERS ANNUITY FUND AND HEALTH AND SECURITY TRUST, AND NATIONAL IRONWORKERS APPRENTICESHIP TRAINING TRUST FUNDS, <br><br>                    Plaintiffs, <br><br>          vs. <br><br> DENISE UTOAFILI d/b/a U STEEL, <br><br>                    Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:04-MI-0035 (RRB) |

**SATISFACTION OF JUDGMENT**

On September 16, 2004, Plaintiffs obtained a Judgment on Confession against Defendant Denise Utoafili d/b/a U Steel, in the sum of $72,750.23, which included employee benefit contributions, interest, attorney fees and costs.

The Judgment on Confession was recorded in the State of Alaska, Third Judicial District, on or about November 3, 2004, at 2004-082890-0.  Such record is made a part hereof and reference is herein made to such record for a full and complete description of the judgment.

The judgment has been paid to the satisfaction of the Plaintiffs. At the time of payment, Plaintiffs were the owners of the judgment and were entitled to receive payment thereof.

Therefore, in consideration of satisfactory payment of the judgment, interest, costs and attorney fees, the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the judgment, acting herein by and through Sarah E. Josephson, of Jermain, Dunnagan & Owens, P.C., its duly authorized attorney of record herein, hereby declares the judgment fully paid and satisfied, and the judgment lien fully released and discharged.

DATED at Anchorage, Alaska, this _____ day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____s/Sarah E. Josephson_____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

**Certificate of Service**
The undersigned certifies that on the
17th  day of March, 2006, a true and
correct copy of the foregoing
was served by U.S. Mail, postage
prepaid on the following:

Denise Utoafili d/b/a
U Steel
12230 Shiloh Road
Anchorage, AK 99516

s/Sarah E. Josephson